UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Criminal Case No. 06cr2609 JM |
|                         ) | |
|               Plaintiff,            ) | |
| v.                      ) | ORDER ON MOTION TO CONTINUE |
|                         ) | HEARING [Docket No.45] |
| KRISTOPHER KINMAN,                   ) | |
|                         ) | |
|               Defendants.            ) | |
|                         ) | |

Upon the joint request of counsel and for good cause being shown, the motion hearing currently scheduled before Judge Miller on September 21, 2007 is hereby continued to ***November 1, 2007 at 1:30 p.m.***

IT IS SO ORDERED.

DATED: September 20, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge