UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.06cr2609-JM |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER TO CONTINUE** |
| KRISTOPHER KINMAN, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing set for December 19, 2008 be continued to ***Feb. 13, 2009 at 9:00 a.m.***

**IT IS SO ORDERED.**

DATED: October 24, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge