UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                    )<br>           Plaintiff,              )<br>                                    )<br> v.                                 )<br>                                    )<br> KRISTOPHER KINMAN (2),              )<br>                                    )<br>           Defendant.              )<br>                                    ) | Case No. 06cr2609-JM<br><br>**ORDER REGARDING DEFENDANT'S REQUESTS FOR INFORMATION**<br><br>[ECF Nos. 115 and 117] |

On February 13, 2009, Defendant Kristopher Kinman was sentenced to a term of 144 months imprisonment after he pled guilty to distribution of methamphetamine, in violation of 21 U.S.C. §841(a)(1). (*See* ECF No. 98.) On May 19, 2014, and again on August 13, 2014, Defendant submitted letters to the Court seeking guidance about how to request a reduction in sentence pursuant to the anticipated amendment to the United States Sentencing Guidelines, Drug Quantity Table, § 2D1.1(c). (ECF Nos. 115 and 117.) On August 13, 2014, the matter was referred to the undersigned Magistrate Judge for consideration. (ECF Nos. 114 and 116.)

The Court has reviewed the letters submitted by Defendant. Defendant indicates he believes he will qualify for a reduced sentence based on the proposed Sentencing Guidelines

1 amendment, and asks the Court how he can apply for such a reduction.[1]  Defendant also
2 requests the Court to send him any applicable forms.

3       The Court cannot provide specific legal advice, and the Court does not have any forms
4 for requesting a reduction in sentence.  However, the Court is informed that the United States
5 Attorney's Office is willing to entertain inquiries from defendants who believe they are
6 eligible for a sentence reduction under the proposed amendment.  Therefore, if Defendant
7 wishes, he may direct his inquiries to: United States Attorney's Office, Southern District of
8 California, 880 Front Street, Room 6293 San Diego, California 92101-8893.

9       IT IS SO ORDERED.

10 DATED: August 19, 2014

                                                      DAVID H. BARTICK
                                                      United States Magistrate Judge

---

[1] The Court notes that Defendant does not request appointment of counsel.  However, to the extent Defendant's letter could be construed as a request for counsel, the Court finds the request is premature because the Sentencing Guidelines amendment has not yet become effective.  In April of 2014, the Sentencing Commission approved an amendment to the drug quantity table, § 2D1.1(c).  Congress has until November 1, 2014 to decide whether to formally disapprove the amendment.  If Congress does not disapprove the amendment, it will become effective November 1, 2014.